**In the MATTER OF: Robert W. HUNT, M.D., DBA Intercommunity Medical Group, Debtor.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**Peli Popovich Hunt, Appellant,**

v.

**Peter C. Anderson, United States Trustee; David M. Goodrich, Chapter 7 Trustee, Appellees.**

No. 16-55646

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed July 5, 2017

Peli Popovich Hunt, Pro Se

Dare Law, Trial Attorney, Hatty Yip, Office of the U.S. Trustee, Los Angeles, CA, for Appellee Peter C. Anderson

David Gould, Esquire, Gould & Gould LLP, Calabasas, CA, for Appellee David M. Goodrich

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM **

Peli Popovich Hunt appeals pro se from the district court's order dismissing Hunt's bankruptcy appeal. We have jurisdiction under 28 U.S.C. §§ 158(d) and 1291. We review for an abuse of discretion a dismissal for failure to comply with a court's pre-filing order entered against a vexatious litigant. *In re Fillbach*, 223 F.3d 1089, 1090-91 (9th Cir. 2000). We affirm.

In her opening brief, Hunt fails to address how the district court erred by dismissing her bankruptcy appeal for filing the appeal in violation of the district court's pre-filing order. As a result, Hunt has waived her challenge to the district court's order. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We review only issues which are argued specifically and distinctly in a party's opening brief.").

Because we affirm the district court's order dismissing Hunt's bankruptcy appeal, we do not consider her arguments challenging bankruptcy court orders.

All pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

